UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CARPENTERS HEALTH AND
WELFARE TRUST FUND OF
ST. LOUIS,

    Plaintiff,

v.

RENEE BELL, et al,

    Defendants.                                   No. 16-cv-409-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. 7).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on June 9, 2016 (Doc. 8) granting Plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice.

                                                  JUSTINE FLANAGAN,

                                                  ACTING CLERK OF COURT

                                                  BY:   /s/*Caitlin Fischer*
                                                            **Deputy Clerk**

Dated:   June 13, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.13
17:36:07 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT