## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

CARPENTERS HEALTH AND
WELFARE TRUST FUND OF
ST. LOUIS,

      Plaintiff,

v.

MARK C. VASSIER, et al,

      Defendants.                        **No. 16-cv-409-DRH**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on Plaintiff's

Motion to Dismiss (Doc. 7).

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order

entered on June 9, 2016 (Doc. 8) granting Plaintiff's Motion to Dismiss, this case is

**DISMISSED** with prejudice.

                            **JUSTINE FLANAGAN,**

                            **ACTING CLERK OF COURT**

                        **BY:**   */s/Caitlin Fischer*
                                    **Deputy Clerk**

Dated:   June 14, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.06.14
17:49:39 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT